UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Ruth Packer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10 1121 |
| | ) | |
| GEICO Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a presumed resident of the District of Columbia, sues GEICO Insurance Company based in Fredericksburg, Virginia, over the handling of her insurance claim arising from a car accident. She seeks $45,000. The complaint does not present a federal question and



4

the amount in controversy is below the statutory minimum required for diversity jurisdiction.

Hence, the complaint will be dismissed. A separate Order accompanies this Memorandum

Opinion.

United States District Judge

Date: June 28, 2010